1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AT FRESNO**

| | |
|---|---|
| Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; Johal Dairy; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>Charles Ahlem; Anthony Nunes III; Jarrid Bordessa; Arie H De Jong; Joseph Fernandes; Art Van Beek; William Dyt; Arlin Van Groningen; Kerri Vander Poel; Fred Fagundes; Case Van Steyn; Alex De Jager; Dominic Assali; and Darlene Lopes,<br><br>        Defendants. | CASE NO. 1:25-cv-01596-KES-BAM<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 10)<br><br>**JUDGE:**  Kirk E. Sherriff<br>            Courtroom 6 – 7th Floor<br>            Fresno Courthouse |

19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  The Court, having considered the stipulation of Plaintiffs Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC and Represented Defendants Jarrid Bordessa, Alex De Jager, William Dyt, and Darlene Lopes, and good cause appearing, hereby APPROVES the stipulation and ORDERS that the deadline for all defendants named in the caption to file and serve a responsive pleading to the operative complaint is extended to and including February 13, 2026.

IT IS SO ORDERED.

Dated:   **December 18, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    1