UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARAL DAIRY FARMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AHLEM, et al., <br><br> Defendants. | Case No. 1:25-cv-01596-KES-FRS <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JOE O. ROCHA DAIRY INC.'S CLAIMS WITHOUT PREJUDICE <br><br> (ECF No. 21) |

On January 7, 2026, Plaintiff Joe O. Rocha Dairy Inc. filed a notice of voluntary dismissal without prejudice as to its claims alleged in the complaint against all named defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 21). Therefore, Plaintiff Joe O. Rocha Dairy Inc.'s action against defendants is terminated by operation of law without further order from the Court. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate only Plaintiff Joe O. Rocha Dairy Inc. on the docket.

IT IS SO ORDERED.

Dated:    **January 12, 2026**          /s/ *Eric P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

1