IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; Johal Dairy; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC;**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Charles Ahlem; Anthony Nunes III; Jarrid Bordessa; Arie H De Jong; Joseph Fernandes; Art Van Beek; William Dyt; Arlin Van Groningen; Kerri Vander Poel; Fred Fagundes; Case Van Steyn; Alex De Jager; Dominic Assali; and Darlene Lopes,**<br><br>**Defendants.** | 25-CV-01596-KES-KRS (EPG)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:        Hon. Erica P. Grosjean<br>Trial Date:   None Set<br>Action Filed: 11/19/2025 |

1

Order Granting Defs.' Ex Parte Appl. to Extend Time to Respond to Compl.
[25-CV-01596-KES-KRS (EPG)]

The Court, having considered the ex parte application of Defendants Charles Ahlem, Anthony Nunes III, Joseph Fernandes, Art Van Beek, Arlin Van Groningen, and Case Van Steyn (collectively, "Defendants") for an order extending the time to respond to Plaintiffs' Complaint by sixty (60) days, up to and including April 14, 2026, hereby GRANTS the ex parte application and ORDERS that the deadline for Defendants to file and serve a responsive pleading to the operative complaint is extended to and including **April 14, 2026**.

IT IS SO ORDERED.

Dated:  **February 9, 2026**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2

Order Granting Defs.' Ex Parte Appl. to Extend Time to Respond to Compl.
[25-CV-01596-KES-KRS (EPG)]