UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; Johal Dairy; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC,<br><br>          Plaintiffs,<br><br>  v.<br><br>Charles Ahlem; Anthony Nunes III; Jarrid Bordessa; Arie H De Jong; Joseph Fernandes; Art Van Beek; William Dyt; Arlin Van Groningen; Kerri Vander Poel; Fred Fagundes; Case Van Steyn; Alex De Jager; Dominic Assali; and Darlene Lopes,<br><br>          Defendants. | CASE NO. 1:25-cv-01596-KES-KRS (EPG)<br><br>**ORDER GRANTING DEFENDANTS JARRID BORDESSA, ARIE H DE JONG, WILLIAM DYT, KERRI VANDER POEL, FRED FAGUNDES, ALEX DE JAGER, DOMINIC ASSALI, AND DARLENE LOPES'S JOINDER IN EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**JUDGE:**     Hon. Erica P. Grosjean<br>**TRIAL DATE:**  None Set<br>**ACTION FILED:**  11/19/25 |

**ORDER GRANTING JOINDER IN EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The Court, having considered the joinder filed by Defendants Jarrid Bordessa, Arie H De Jong, William Dyt, Kerri Vander Poel, Fred Fagundes, Alex De Jager, Dominic Assali, and Darlene Lopes ("Represented Defendants") to the ex parte application of Defendants Charles Ahlem, Joseph Fernandes, Anthony Nunes III, Art Van Beek, Arlin Van Groningen, and Case Van Steyn for an extension of time to respond to Plaintiffs' Complaint by sixty (60) days, up to and including April 14, 2026 (the "Ex Parte Application"), and having granted the Ex Parte Application, hereby GRANTS the joinder and ORDERS that the deadline for Represented Defendants to file and served a responsive pleading to the operative complaint is extended to and including **April 14, 2026**.

IT IS SO ORDERED.

Dated: **February 10, 2026**         /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING JOINDER IN EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**                1