NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ADAM J. ZAPALA (SBN 245748)
azapala@cpmlegal.com
ELIZABETH T. CASTILLO (SBN 280502)
ecastillo@cpmlegal.com
ZACHARY N. ZAHAROFF (SBN 321878)
zzaharoff@cpmlegal.com
REGINA WANG (SBN 326262)
rwang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants Jarrid Bordessa, Arie H. De Jong., William Dyt,*
*Kerri Vander Poel, Fred Fagundes, Alex De Jager, Dominic Assali, and Darlene Lopes*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ahlem; Anthony Nunes III; Jarrid Bordessa; Arie H De Jong; Joseph Fernandes; Art Van Beek; William Dyt; Arlin Van Groningen; Kerri Vander Poel; Fred Fagundes; Case Van Steyn; Alex De Jager; Dominic Assali; and Darlene Lopes,<br><br>Defendants. | CASE NO. 1:25-cv-01596-KES-FJS<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 144]**<br><br>Current Deadline:     April 14, 2026<br>New Deadline:         April 21, 2026 |

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 144]; CASE NO. 1:25-cv-01596-KES-FJS**

Pursuant to Local Rule 144, Plaintiffs Amaral Dairy Farms, Cross A Dairy LP, Dairy Central, GJC Dairy, Inc., Gordon Hay Inc., Brindeiro & Danbom Dairy Farm, South Corner Dairy, Hoppy Cow Dairy, Roest Family Dairy, Arthur F. And Tina Marie Silva Dairy, Miranda Dairy, and Bryan and Sons, LLC ("Plaintiffs") and Defendants Charles Ahlem, Tony Nunes III, Joseph Fernandes, Art Van Beek, Arlin Van Groningen, Case Van Steyn, Jarrid Bordessa, Arie H De Jong, William Dyt, Kerri Vander Poel, Fred Fagundes, Alex De Jager, Dominic Assali, and Darlene Lopes ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate to extend the time for Defendants to respond to Plaintiff's complaint. The Parties stipulate as follows:

1. WHEREAS, on November 19, 2025, Plaintiffs filed the above-captioned matter in the Eastern District of California, Case No. 1:25-cv-01596-KES-FJS (the "Action"), against Defendants;

2. WHEREAS, on December 16, 2025, counsel for Defendants Jarrid Bordessa, Alex De Jager, William Dyt, and Darlene Lopes filed a Joint Stipulation for Waiver of Service of Summons and Extension of Time to Respond to Complaint (Dkt. No. 10);

3. WHEREAS, on December 18, 2025, Magistrate Judge McAuliffe issued an Order Approving the Stipulation to Extend Time to Respond to the Complaint, extending the deadline to respond to February 13, 2026 (Dkt. No. 16);

4. WHEREAS, on February 9, 2026, Haig Baghdassarian, Esq. of the California Department of Food and Agriculture ("CDFA") filed an Ex Parte Application for Extension of Time to Respond to the Complaint on behalf of Defendants Charles Ahlem, Joseph Fernandes, Tony Nunes III, Art Van Beek, Arlin Van Groningen, and Case Van Steyn, explaining that CDFA was in the process of retaining outside counsel to represent these defendants and requesting an extension of the responsive pleading deadline to allow time to do so (Dkt. No. 25);

5. WHEREAS, on February 9, 2026, counsel for Defendants Dominic Assali, Jarrid Bordessa, Alex De Jager, Arie H De Jong, William Dyt, Fred Fagundes, Darlene Lopes, and Kerri Vander Poel filed a Joinder in the February 9, 2026 Ex Parte Application (Dkt. No. 26);

6. WHEREAS, on February 10, 2026, Magistrate Judge Grosjean issued an Order Granting Defendants' Ex Parte Application to Extend Time to Respond to Plaintiffs' Complaint, extending the time to respond to April 14, 2026 (Dkt. No. 27);

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

7.    WHEREAS, on February 11, 2026, Magistrate Judge Grosjean issued an Order Granting Defendants' Joinder in Ex Parte Application to Extend time to Respond to Plaintiffs' Complaint (Dkt. No. 29);

8.    WHEREAS, Hanson Bridgett, LLP was therafter retained to represent Defendants Charles Ahlem, Tony Nunes III, Joseph Fernandes, Art Van Beek, Arlin Van Groningen, and Case Van Steyn, and contacted Plaintiffs' counsel to meet and confer regarding an anticipated motion to dismiss;

9.    WHEREAS, Defendant Art Van Beek contends that service of the Complaint was invalid as to him, and Plaintiffs contend that proper service of Defendant Art Van Beek was made;

10.    WHEREAS, on April 8, 2026, pursuant to a meet and confer and subsequent email communications, counsel for Plaintiffs agreed to stipulate to extend all Defendants' deadline to respond to the Complaint by one week (on or before April 21, 2026), in exchange for Hanson Bridgett LLP's agreement to accept corrected service of process for Defendant Art Van Beek and to file a responsive pleading on his behalf by April 21, 2026;

11.    WHEREAS, on April 9, 2026, Substitutions of Attorney were filed on behalf of Defendants Charles Ahlem, Tony Nunes III, Joseph Fernandes, Art Van Beek, Arlin Van Groningen, and Case Van Steyn, substituting Margaret A. Ziemianek of Hanson Bridgett LLP as counsel of record in place of Haig E. Baghdassarian, which are currently pending; and

12.    WHEREAS, this stipulated request for a further extension of Defendants' deadline to file a responsive pleading is made in the interests of expeditiously resolving the service issues with respect to Defendant Van Beek and maintaining a consistent briefing schedule for all Defendants, will not affect any current dates or other deadlines in this case, and is not for the purpose of delay.

NOW, THEREFORE, the Parties hereby submit this stipulated request for the Court's approval to extend Defendants' April 14, 2026 responsive pleading deadline to April 21, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 144]; CASE NO. 1:25-cv-01596-KES-FJS**                                                    2

IT IS SO STIPULATED.


DATED:  April 9, 2026                          DHILLON LAW GROUP INC.


                                               By: _____*/s/ Christopher G. Renner*_____
                                                        (as authorized on April 9, 2026)
                                               CHRISTOPHER G. RENNER

                                               Attorneys for Plaintiffs
                                               AMARAL DAIRY FARMS; CROSS A DAIRY LP;
                                               DAIRY CENTRAL; GJC DAIRY, INC.; GORDON
                                               HAY INC.; BRINDEIRO & DANBOM DAIRY
                                               FARM; SOUTH CORNER DAIRY; HOPPY COW
                                               DAIRY; ROEST FAMILY DAIRY; ARTHUR F.
                                               and TINA MARIE SILVA DAIRY; MIRANDA
                                               DAIRY; and BRYAN AND SONS, LLC


DATED:  April 9, 2026                          HANSON BRIDGETT LLP


                                               By: _____*/s/ Margaret A. Ziemianek*_____
                                                        (as authorized on April 9, 2026)
                                               MARGARET A. ZIEMIANEK

                                               Attorneys for Defendants
                                               CHARLES AHLEM, ANTHONY NUNES III,
                                               JOSEPH FERNANDES, ART VAN BECK,
                                               ARLIN VAN GRONINGEN and CASE VAN
                                               STEYN


DATED:  April 10, 2026                         COTCHETT, PITRE & McCARTHY, LLP


                                               By: _____*/s/ Regina Wang*_____
                                               REGINA WANG

                                               Attorneys for Defendants
                                               JARRID BORDESSA; ARIE H DE JONG;
                                               WILLIAM DYT; KERRI VANDER POEL; FRED
                                               FAGUNDES; ALEX DE JAGER; DOMINIC
                                               ASSALI; and DARLENE LOPES

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 144]; CASE NO. 1:25-cv-01596-KES-FJS**                          3

ORDER

Pursuant to stipulation of the Parties, and good cause appearing, the deadline for Defendants to submit a responsive pleading to the Complaint is hereby extended from April 14, 2026, to April 21, 2026.

IT IS SO ORDERED.

Dated:    **April 13, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
[L.R. 144]; CASE NO. 1:25-cv-01596-KES-FJS**                                                    4