NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ADAM J. ZAPALA (SBN 245748)
azapala@cpmplegal.com
ELIZABETH T. CASTILLO (SBN 280502)
ecastillo@cpmlegal.com
ZACHARY N. ZAHAROFF (SBN 321878)
zzaharoff@cpmlegal.com
REGINA WANG (SBN 326262)
rwang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Jarrid Bordessa, Arie H De Jong, William Dyt, Kerri Vander Poel, Fred Fagundes, Alex De Jager, Dominic Assali, and Darlene Lopes*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amaral Dairy Farms; Cross A Dairy LP; Dairy Central; GJC Dairy, Inc.; Gordon Hay Inc.; Brindeiro & Danbom Dairy Farm; South Corner Dairy; Hoppy Cow Dairy; Joe O. Rocha Dairy Inc.; Roest Family Dairy; Arthur F. and Tina Marie Silva Dairy; Miranda Dairy; and Bryan and Sons, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ahlem; Anthony Nunes III; Jarrid Bordessa; Arie H De Jong; Joseph Fernandes; Art Van Beek; William Dyt; Arlin Van Groningen; Kerri Vander Poel; Fred Fagundes; Case Van Steyn; Alex De Jager; Dominic Assali; and Darlene Lopes,<br><br>Defendants. | CASE NO. 1:25-cv-01596-KES-FJS<br><br>**DECLARATION OF REGINA WANG IN SUPPORT OF DEFENDANTS JARRID BORDESSA, ARIE H DE JONG, WILLIAM DYT, KERRI VANDER POEL, FRED FAGUNDES, ALEX DE JAGER, DOMINIC ASSALI, AND DARLENE LOPES'S MOTION TO DISMISS**<br><br>Date: June 8, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: Hon. Kirk E. Sherriff |

I, Regina Wang declare:

1. I am an attorney duly licensed to practice law before this Court and an attorney with the law firm of Cotchett, Pitre & McCarthy, LLP, attorneys of record for Defendants Jarrid Bordessa, Arie H De Jong, William Dyt, Kerri Vander Poel, Fred Fagundes, Alex De Jager, Dominic Assali, and Darlene Lopes ("Represented Defendants"). I submit this Declaration in Support of Represented Defendants' Motion to Dismiss. If called as a witness, I could and would competently testify to all facts herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Final Ruling Denying the Petition for Writ of Mandate and Dismissing the Complaint filed on May 13, 2022 in *Stop QIP Tax Coal. v. Dep't of Food & Agric.*, Sacramento County Superior Court Case No. 34-2020-80003474.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Order Granting Motion for Summary Judgment/Adjudication filed on March 25, 2025 in *Gordon v. Ross*, Sacramento County Superior Court Case No. 34-2022-00328732.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a California Dairy Cooperatives Letter to the United States Department of Agriculture dated February 3, 2015 and retrieved from the Agriculture Marketing Service page of the United States Department of Agriculture's website at https://www.ams.usda.gov/sites/default/files/media/020315CADairyMOAProposal.pdf.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a California Department of Food and Agriculture notice dated March 16, 2017 and retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/meetings/DairyIndustryInviteLetter.pdf.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a California Department of Food and Agriculture notice dated May 10, 2017 and retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/PRB_AppointmentLetter.pdf.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a California Department of Food and Agriculture letter to the United States Department of Agriculture dated May 12, 2017 and retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/CDFAtoUSDA-05122017.pdf.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Producer Review Board Meeting Minutes for May 30, 2017 retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/MeetingMinutes-05302017DRAFT.pdf.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Producer Review Board Meeting Minutes for June 15, 2017 retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/MeetingMinutes-06152017DRAFT.pdf.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Producer Review Board Meeting Minutes for August 2, 2017 retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/MeetingMinutes-08022017DRAFT.pdf.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Producer Review Board Meeting Minutes for September 12, 2017 retrieved from the California Department of Food and Agriculture's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/PRB_Minutes_09122017.pdf.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Initial Filing for Gordon Hay Inc. filed May 9, 2000 and retrieved from the California Secretary of State's website at https://bizfileonline.sos.ca.gov/api/report/GetImageByNum/0822002060032032140230362271711450281861050751 42.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the most recent Statement of Information for Gordon Hay Inc. filed April 23, 2025 and retrieved from the California Secretary of State's website at https://bizfileonline.sos.ca.gov/api/report/GetImageByNum/1580841892150961432050110870821341551420090261 64.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the California Department of Food and Agriculture Certified QIP Referendum Results dated January 5, 2018 and retrieved from the California Secretary of State's website at https://www.cdfa.ca.gov/dairy/pdf/PRB/01052018CertificationResults.pdf.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the California Department of Food and Agriculture's Department Procedures for Handling Hardship Requests Under the Quota

Implementation Plan dated May 21, 2025 and retrieved from the California Secretary of State's website at https://www.cdfa.ca.gov/dairy/pdf/hardship_procedures_with_cover_letter_signed.pdf.

16. On April 8, 2026, I spoke by phone with Christopher Renner, Michael Columbo, and Domenic Ausili, counsel for Plaintiffs, to confer in good faith about this motion to dismiss. My colleague Elizabeth Castillo and Susanna Chenette, counsel for Defendants Charles Ahlem, Tony Nunes III, Joseph Fernandes, Art Van Beek, Arlin Van Groningen, and Case Van Steyn, were also present. We were unable to reach an agreement resolving the matters raised in the motion for judgment on the pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2026 in Burlingame, California.

REGINA WANG