UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMARAL DAIRY FARMS, et al., | Case No. 1:25-cv-01596-KES-FJS |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| CHARLES AHLEM, et al., | |
| Defendants. | |

On April 21, 2026, Defendants Dominic Assali, Jarrid Bordessa, Alex De Jager, Arie H De Jong, William Dyt, Fred Fagundes, Darlene Lopes, Kerri Vander Poel filed a Motion to Dismiss. (ECF No. 50.) Similarly, on April 21, 2026, Defendants Charles Ahlem, Joseph Fernandes, Anthony Nunes III, Art Van Beek, Arlin Van Groningen, Case Van Steyn filed a Motion to Dismiss. (ECF No. 52.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for May 6, 2026, is continued to August 11, 2026, at 9:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE