UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMARAL DAIRY FARMS, et al.,

Plaintiffs,

v.

CHARLES AHLEM, et al.,

Defendants.

CASE NO. 1:25-cv-01596-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE AND DENYING STAY OF DISCOVERY

(ECF No. 60)

Having considered the parties' stipulation (ECF No. 60), requesting that the current scheduling conference be continued and staying discovery pending the parties' motions to dismiss, and good cause appearing, the court ORDERS:

1. The parties' request (ECF No. 60) is GRANTED in part to continue the scheduling conference pursuant to the court's calendar and DENIED without prejudice as to the parties' request to stay discovery. There are currently no discovery deadlines for the court to stay and courts look unfavorably on blanket stays of discovery when a potentially dispositive motion is pending. *Mlejnecky v. Olympus Imaging Am., Inc.*, No. 10-CV-02630, 2011 WL 489743, at *6 (E.D. Cal. Feb. 7, 2011). Given the current absence of discovery deadlines, the parties do not need the court's permission to defer discovery at this time.

2. The scheduling conference currently set for August 11, 2026, is CONTINUED to November 24, 2026, at 11:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their updated joint scheduling report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE