UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMARAL DAIRY FARMS, et al.,

Plaintiffs,

v.

CHARLES AHLEM, et al.,

Defendants.

Case No. 1:25-CV-01596-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

Because motions to dismiss (ECF Nos. 50, 52) remain pending with the assigned district judge, the SCHEDULING CONFERENCE currently set for November 24, 2026, is continued to February 22, 2027, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 16, 2026**

UNITED STATES MAGISTRATE JUDGE